IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER SUING, aka JENNIFER LOVING, aka JENNIFER LOVINGS,<br><br>Defendant. | 4:25CR3077<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1), 841(b)(1),<br>21 U.S.C. § 851 |

The Grand Jury charges that

## COUNT I

On or between February 10, 2025, and March 2, 2025, in the District of Nebraska, Defendant(s) JENNIFER SUING, aka JENNIFER LOVING, aka JENNIFER LOVINGS, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before JENNIFER SUING, aka JENNIFER LOVING, aka JENNIFER LOVINGS, committed the offense charged in this Count, she had a final conviction in 8:13CR271 for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 846, for which she served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before JENNIFER SUING, aka JENNIFER LOVING, aka JENNIFER LOVINGS, committed the offense charged in this Count, she had a final conviction in 8:05CR250 for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 846, for

1

which she served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1), Title 21, United States Code, Section 841(b)(1), and Title 21, United States Code Section 851.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
CHRISTOPHER J. HARROUN, #26800
Assistant United States Attorney